Motion GRANTED.

*[signature: Aleta A. Trauger]*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 3:13-00086 |
| ) | Aleta A. Trauger |
| ) | Judge, U.S. District Court |
| CHRISTOPHER SULLIVAN ) | |

## CHRISTOPHER TROY SULLIVAN'S MOTION TO CONTINUE THE TRIAL OF HIS CASE

**COMES** now, the accused, **CHRISTOPHER TROY SULLIVAN**, through counsel, Assistant Federal Public Defender, Isaiah S. Gant and moves this Honorable Court to enter an Order continuing the trial in this matter, presently scheduled to commence on Tuesday, February 25, 2014 at 9:00 a.m. In support of the foregoing motion, it is respectfully represented to this Honorable Court the following:

1. The Office of the Federal Public Defenders for the Middle District of Tennessee has just recently experienced the loss of the services of two veteran public defenders, Mr. Douglas Thoresen and Mr. Jude Lenahan to retirement.

2. As a consequence, their respective caseloads have been redistributed among the remaining members of the Trial Unit of the office.

3. The assumption of the responsibility of these additional cases has left counsel for Mr. Sullivan absolutely no time within which to adequately prepare Mr. Sullivan's case for either trial or any other form of disposition.

4. Counsel for Mr. Sullivan requests that the Court continue this matter to a date compatible with the Court's calender, but not less than sixty (60) days from the present trial date,[1] to permit counsel to adequate time to prepare either for trial and/or pursue a negotiated settlement of this matter.

---

[1] Counsel will be out of the country from April 13, 2014, to May 13, 2014.